IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. JONES,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GEORGE GALAZA, Warden,<br><br>　　　　Respondent. | No. C 03-0079 JSW (PR)<br><br>**ORDER GRANTING SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED PETITION** |

　　　　Petitioner, a prisoner of the State of California incarcerated at the California State Prison at Corcoran, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. On August 5, 2003, this Court granted Petitioner's request to strike his unexhausted claims and stay his petition while he exhausts additional claims in state court. On August 8, 2005, the Court issued an Order granting leave to amend the petition.

　　　　Petitioner requested, and was granted, enlargement of time to file an amended petition by November 7, 2005 (docket nos. 32, 33). On November 9, 2005, Petitioner filed another motion for enlargement of time to file an amended petition, up to and including December 22, 2005.

　　　　For good cause shown, Petitioner's motion for an extension of time is GRANTED. Petitioner shall file an amended petition by **December 22, 2005**.

IT IS SO ORDERED.

Dated: November 14, 2005

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge