1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. JONES,                          )   No. C 03-00079 JSW (PR)
                                           )
          Petitioner,                      )
                                           )
     vs.                                   )   **ORDER DIRECTING THE CLERK OF**
                                           )   **THE COURT TO ADMINISTRATIVELY**
GEORGE GALAZA, Warden,                     )   **CLOSE THE FILE UNTIL THE COURT**
                                           )   **ISSUES AN ORDER LIFTING THE**
          Respondent.                      )   **PENDING STAY**
                                           )
_____   )

     Petitioner, a prisoner of the State of California incarcerated at the California State

Prison at Corcoran, filed this pro se petition for a writ of habeas corpus under 28 U.S.C.

§ 2254 on January 7, 2003.  Subsequently, the Court denied Respondent's motion to

dismiss the petition as unexhausted and granted Petitioner's request to stay the petition

while he returned to state court to exhaust his state judicial remedies.  In an order dated

August 5, 2003, the Court entered a stay of the petition, which remains in effect.

However, the Court did not direct the Clerk of the Court to administratively close the file

for the duration of the stay, which is the practice in the Northern District.

     Accordingly, the Clerk of the Court shall administratively CLOSE this case.  The

closure is nunc pro tunc, effective as of the date the stay was entered, that is, August 5,

2003.  The closure has no legal effect; it is purely a statistical matter.  Once the Court has

received Petitioner's amended petition, which is due December 22, 2005, the Court will

issue an order reopening the case, vacating the stay and addressing the amended petition.

     IT IS SO ORDERED.

DATED: December 23, 2005

_____
JEFFREY S. WHITE
United States District Judge