# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. JONES, ) No. C 03-0079 JSW (PR)
)
    Petitioner, )
)
vs. ) **ORDER GRANTING REQUEST FOR**
) **EXTENSION OF TIME**
GEORGE GALAZA, Warden, )
)
    Respondent. ) (Docket No. 56)
)
_____ )

    Petitioner, a prisoner of the State of California, currently incarcerated at California State Prison in Vacaville, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. On October 22, 2007, the Court denied the petition for a writ of habeas corpus. On November 8, 2007, Petitioner filed a request for an extension of time to file a request for Certificate of Appealability (docket no. 56). Good cause appearing, the request is GRANTED. Petitioner shall file his Certificate of Appealability on or before thirty days from the date of this order.

    IT IS SO ORDERED.

DATED: January 29, 2008

                                                JEFFREY S. WHITE
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>GALAZA,<br><br>        Defendant.<br>_____/ | Case Number: CV03-00079 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Linda Marie Murphy
Attorney at Law
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Michael L. Jones
 P-61611
P.O. Box 4000
Gym Dorm 120 Low
Vacaville, CA 95696-4000

Dated: January 29, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk