**FILED**

UNITED STATES COURT OF APPEALS

FEB 02 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL L. JONES, Petitioner - Appellant, v. GEORGE GALAZA, Warden, Respondent - Appellee. | No. 08-16142 D.C. No. 3:03-CV-00079-JSW Northern District of California, San Francisco ORDER |

Before:   B. FLETCHER and SILVERMAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

sko/COA